**Order entered August 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00601-CV

**KINGDOM RUG & FLOORING OF TEXAS, INC., A/K/A KINGDOM RUGS & FURNITURE OF TEXAS, INC., Appellants**

**V.**

**AMREIT SSPF PRESTON TOWNE CROSSING LP, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00696-2016**

## ORDER

Before the Court is appellant's August 8, 2018 unopposed motion for second extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 10, 2018. We caution appellant that further extension requests will be disfavored.

/s/    DAVID EVANS
       JUSTICE